# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 2/20/08**

In re:   Case No.:   07–22900 PM    Chapter:   13

Devora R. Gordy
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 14 – Motion to Avoid Lien and Notice of Motion Re: 3707 Edmond Way, Bowie, MD 20716 with First Franklin. Notice Served on 2/19/08, Filed by Devora R. Gordy. Hearing scheduled for 4/22/2008 at 02:00 PM at Courtroom 3–D, Greenbelt – Judge Mannes. Objections due by 3/20/2008. (Attachments: # (1) Exhibit Deed# (2) Exhibit First Deed of Trust# (3) Exhibit Second Deed of Trust# (4) Notice of Motion # (5) Proposed Order Avoiding Second Mortgage Lien) (^1Wilson, Andrew)

PROBLEM: The hearing date/time selected in the Notice of Motion are incorrect for Judge Mannes.

CURE: Submit an Amended Notice of Motion with a corrected hearing date and time selected from the court's website, and serve to all appropriate parties by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 3/3/08.**

**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx .**

                                          Mark D. Sammons, Clerk of Court
                                          by Deputy Clerk, B Balthrop 301–344–0087

cc:   Debtor(s)
      Attorney for Debtor(s) – Andrew G. Wilson II

Form defntc (01/06)